■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELBERT WILLIAM ODE, Appellant.—Order unanimously affirmed *(see, People v Dukes,* 106 AD2d 906; *see also, People v Welcome,* 37 NY2d 811; *Welcome v Vincent,* 418 F Supp 1088, *revd* 549 F2d 853). (Appeal from order of Monroe County Court, Celli, J.—vacate judgment.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.